686

Petitioner *pro se.* *George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 454. FLEMING ET AL., TRUSTEES, ET AL. *v.* TRAPHAGEN ET AL. December 16, 1946. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed on the authority of *Vanston Committee* v. *Green,* 329 U. S. 156. *W. F. Peter* for petitioners. *Daniel James* for respondents.

No. 571. SCHINE CHAIN THEATRES, INC. ET AL. *v.* UNITED STATES.

December 16, 1946. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a final judgment. *Edward F. McClennen, Willard S. McKay* and *Arthur Garfield Hays* for appellants. *Solicitor General McGrath* for the United States.

No. 572. SCHINE CHAIN THEATRES, INC. ET AL. *v.* UNITED STATES.

December 16, 1946. *Per Curiam:* The appeal is dismissed for failure to comply with Rule 12 of the Rules of this Court. *Willard S. McKay* and *Arthur Garfield Hays* for appellants.

No. 264. CANTOS *v.* STYER, COMMANDING GENERAL.